IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELWOOD SMALL, et al.,
    Plaintiffs

v.

JOHN WETZEL, et al.,
    Defendants

CIVIL NO. 3:11-CV-1819

(JUDGE NEALON)
(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW**, THIS 20th DAY OF APRIL, 2012, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 22) is **ADOPTED**;

2. The motion to dismiss the complaint, or in the alternative, for a transfer of venue, (Doc. 10) is **GRANTED** to the extent that the action is transferred to the United States District Court for the Western District of Pennsylvania;

3. The motion to stay (Doc. 16) is **DISMISSED** without prejudice;

4. The Clerk of Courts is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania; and

5. The Clerk of Courts is directed to **CLOSE** this case.

*/s/ William J. Nealon*
**United States District Judge**